**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-25766-RAR**

ALBION BRAND FOUNDRY LTD,

        *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified
on Schedule A,

        *Defendants*.

_____ /

**CERTIFICATE OF SERVICE**
**NOTICE OF PRELIMINARY INJUNCTION HEARING**

I hereby certify that on March 2, 2026, I sent an email to all Defendants identified on

Schedule A, using the email addresses provided by third-party e-commerce platforms. The email

notified Defendants that a telephonic Preliminary Injunction hearing is scheduled for March 4,

2026, at 2:00 P.M. The parties are instructed to call 833-568-8864 by no later than 1:55 P.M. The

meeting ID is 160 623 6605 and the Passcode/Participant ID is 304850. The Court requires that

the parties appear via a landline (i.e., not a cellular phone or a speaker phone) if possible, for clarity.

The relevant documents [ECF Nos. 21 & 23] were attached to the email, and the following

link ([https://cloud.palmerlawgroup.com/index.php/s/WJDfrPeCM6orMJU](https://cloud.palmerlawgroup.com/index.php/s/WJDfrPeCM6orMJU)) was also included in

the email.

March 3, 2026.

        Respectfully submitted,

        /s/ Andrew J. Palmer
        Andrew J. Palmer
        Palmer Law Group, P.A.
        110 East Broward Blvd, Suite 1700
        Fort Lauderdale, FL 33301

1

Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***