**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 11:25-cv-25766-RAR**

Albion Brand Foundry Ltd.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

Defendants

## NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the Southern District of Florida, hereby enters his limited appearance as counsel for the following Walmart store defendants in the above captioned matter, for the purpose of settlement negotiation and filing a response to complaint if necessary.

| Store Name | Seller ID |
|---|---|
| Momarys | 10002816419 |
| Winkdy Co.Ltd | 10002520381 |

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;
Secondary E-Mail Address: jianyin.cdc@gmail.com.

Dated: March 30, 2026

/s/ Jianyin Liu

Jianyin Liu, Esq.
1007675
jamesliulaw@gmail.com
The Law Offices of James Liu PLLC
9000 SW 157th St
Palmetto Bay, FL 33157
Ph: (305) 209 6188

**CERTIFICATE OF SERVICE**

I certify that this document has been served to all parties on record via CM/ECF on this March 30, 2026.

/s/ Jianyin Liu