**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:  25-CV-25766-RAR**

ALBION BRAND FOUNDRY LTD,

     *Plaintiff*,

  v.

The Partnerships, Unincorporated Associations Identified
on Schedule A,

     *Defendants*.

_____ /

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

  Plaintiff ALBION BRAND FOUNDRY LTD, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the following one Defendant with prejudice. Each party shall bear its own costs and fees.

| Def. No. | Seller Alias | Defendant's Walmart Store URL |
|---|---|---|
| 29 | ronghaokai | https://www.walmart.com/global/seller/102773167 |

April 1, 2026.       Respectfully submitted,

          /s/ Andrew Palmer
          Andrew J. Palmer
          Palmer Law Group, P.A.
          110 East Broward Blvd, Suite 1700
          Fort Lauderdale, FL 33301
          Phone: 954-771-7050
          ajpalmer@palmerlawgroup.com
          *Attorney for Plaintiff*